# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL H. GARCIA,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 2:19-cv-09790-JFW-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records herein, and the attached Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed, and no Objections have been filed. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

  THEREFORE, IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is accepted, the decision of the Commissioner of the Social Security Administration is reversed, and the matter is remanded for further administrative action consistent with the findings and conclusions in the Report and Recommendation. Judgment shall be entered accordingly.

  **IT IS SO ORDERED.**


DATED: June 21, 2021          _____
                      HON. JOHN F. WALTER
                      U.S. DISTRICT JUDGE