# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL H. GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW SAUL,<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | Case No. 2:19-cv-09790-JFW-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: June 21, 2021          _____

                              HON. JOHN F. WALTER
                              U.S. DISTRICT JUDGE