# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel H.,<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>Kilalo Kijakazi[1], Acting Commissioner of Social Security;<br><br>　　　　Defendant. | Case No.: 2:19-cv-09790-JFW-SK<br><br>[PROPOSED] ORDER ON AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [EAJA]<br><br>[28 U.S.C. §2412(d)] |

　　Based upon the Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that in the amount of $5,912.40 fees, and expenses in the amount of $26.40, as authorized by 28 U.S.C. § 2412 as authorized by 28 U.S.C. § 1920, be awarded pursuant to the Stipulation.

Date: __August 20, 2021__　　　　By: _/s/ Steve Kim_　　STEVE KIM
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

---

[1] Kilalo Kijakazi is now Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

1